IN RE: HONEYWELL INFORMATION SYSTEMS, INC.

January 18, 1977. Petition for certification denied. (See 145 *N. J. Super.* 187)

HARMIK REALTY CORP. v. COLLINS PRESS, INC.

January 18, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD BYNUM.

January 18, 1977. Petition for certification denied.

ELEANOR C. GALLETTA v. JOSEPH A. GALLETTA.

January 18, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR L. JUMPP.

January 18, 1977. Petition for certification denied.